It is ORDERED that the petition for certification is denied.

170 A.3d 338

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF-RESPONDENT, v. N.S., DEFENDANT-
PETITIONER, AND M.S., DEFENDANT. IN THE MATTER OF
THE GUARDIANSHIP OF J.S. AND A.S., MINORS-RESPON-
DENTS.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003701-15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 338

ONEWEST BANK FSB, PLAINTIFF-RESPONDENT, v. MARTHA
PINEDA AND JP MORGAN CHASE BANK, N.A., DEFEN-
DANTS, AND ENRIQUE ZAPATA, DEFENDANT-PETITIONER.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000152-15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.